**Order entered July 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01369-CV

---

### MICHAEL D. WILSON, Appellant

### V.

### WOODLAND HILLS APARTMENT, Appellee

---

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-15-04980-C**

---

## ORDER

Before the Court is appellant's June 20, 2016 motion to extend time to file a second amended brief. Appellant's motion is **GRANTED**. Appellant's second amended brief shall be filed by July 11, 2016. We caution appellant that failure to file an amended brief that complies with rule 38 of the Texas Rules of Appellate Procedure may result in dismissal of this appeal without further notice. *See Bolling v. Farmers Branch Ind. Sch. Dist.*, 315 S.W.3d 893 (Tex. App—Dallas 2010, no pet.). Appellee's brief has been filed and the case will either be dismissed or be set for submission in due course. No further extensions to amend appellant's brief will be granted absent extraordinary circumstances.

/s/ CRAIG STODDART
   JUSTICE